United States District Court

Eastern District of California

Ezell Ray Adams,

        Plaintiff,

vs.

California Department of Corrections, et al.,

        Defendants.

No. Civ. S 04-1482 DFL PAN P

Findings & Recommendations

-oOo-

    Plaintiff is a prisoner prosecuting this civil rights action without counsel.  Defendants have filed and served an answer.

    Plaintiff seeks voluntary dismissal with prejudice with an order directing his transfer to a non-smoking prison facility or voluntary dismissal without prejudice if the court cannot order plaintiff's transfer.  Defendants have filed a notice they do not oppose dismissal without prejudice.

    Accordingly, I recommend this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(a)(2).

1    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
2 findings and recommendations are submitted to the United States
3 District Judge assigned to this case.  Written objections may be
4 filed within 20 days of service of these findings and
5 recommendations.  The document should be captioned "Objections to
6 Magistrate Judge's Findings and Recommendations."  The district
7 judge may accept, reject, or modify these findings and
8 recommendations in whole or in part.
9    Dated:  June 2, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge